# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| BARBARA BERRESKI AS TRUSTEE FOR WALTER BERRESKI TRUST,<br><br>Plaintiff,<br><br>v.<br><br>ZURICH INSURANCE COMPANY,<br><br>Defendants. | Case No.: |

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, American Zurich Insurance Company i/p/a Zurich Insurance Company ("Defendant"), by and through its undersigned counsel, hereby removes this case from the Superior Court of New Jersey to the United States District Court for the District of New Jersey.

This Court has original jurisdiction over this action under 28 U.S.C. § 1332 because there is complete diversity of citizenship between Barbara Berreski as Trustee for Walter Berreski Trust ("Plaintiff") and Defendant and the amount in controversy exceeds $75,000, exclusive of interest and costs. The grounds for removal are set forth in more detail below.

## THE STATE COURT ACTION

1. The lawsuit was commenced by Plaintiff with the filing of a complaint against Defendant on July 30, 2025, in the Superior Court of New Jersey, which has been assigned docket number CPM-L-304-25 (the "State Court Action"). Pursuant to 28 U.S.C. § 1446(a), all process, pleadings, and orders served upon Zurich in the State Court Action are attached hereto.

2. In the State Court Action, Plaintiff alleges that it filed an insurance claim with Defendant and that Defendant has failed to provide full coverage. As a result, Plaintiff seeks

monetary relief.

3. Plaintiff personally served a copy of the summons and complaint on Defendant on August 4, 2025. A copy of the summons and complaint is attached hereto as Exhibit "1."

4. This Notice of Removal is therefore being timely filed pursuant to 28 U.S.C. § 1446(b) because it has been filed within thirty days after the service of the summons and complaint.

## JURISDICTION AND VENUE

5. This Court holds original jurisdiction over this action because the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and the parties are citizens of different states. *See* 28 U.S.C. § 1332(a)(1).

6. Venue is proper because this district court embraces civil actions filed in the Superior Court of New Jersey. *See* 28 U.S.C. § 1441(a).

7. No previous application has been made for the relief requested herein.

8. Accordingly, Defendant seeks to exercise its right to remove this action from the Superior Court of New Jersey to the United States District Court for the District of New Jersey.

**I.   Complete Diversity of Citizenship Exists Between the Parties**

9. Plaintiff is an individual with a primary address of 11 Swedes Lane, Moorestown, New Jersey. (Compl. ¶ 1.)

10. Defendant is an Illinois corporation with its principal place of business in Schaumburg, Illinois.

11. Based upon the above information, complete diversity of citizenship exists because Plaintiff is a citizen of the State of New Jersey and Defendant is a citizen of the State of Illinois for the purpose of evaluating diversity jurisdiction.

## II.     The Amount in Controversy Requirement Is Satisfied

12. According to the allegations in the Complaint, Plaintiff alleges it sought insurance coverage from Defendant for fire damage to property located in Avalon, New Jersey. (*Id.* ¶ 10.) Plaintiff acknowledges Defendant provided coverage for the loss but alleges that Defendant improperly applied a coinsurance penalty. (*Id.* ¶ 16.)

13. The insurance policy issued by Defendant to Plaintiff has a $1,500,000 limit and, to date, Plaintiff has been paid the total sum of $1,236,665.74 less the $1,000 policy deductible. The amount in dispute therefore is $263,334.26.

14. Thus, the amount in controversy in this case is well in excess of the $75,000 jurisdictional threshold set forth in 28 U.S.C. § 1332(a).

## CONCLUSION

15. In sum, this Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332 because diversity of citizenship exists as between Plaintiff and Defendant, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

16. No previous application has been made for the relief requested herein.

17. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed with the Clerk for the Superior Court of New Jersey.

**WHEREFORE**, American Zurich Insurance Company i/p/a Zurich Insurance Company respectfully request that this action be removed from the Superior Court of New Jersey to the United States District Court for the District of New Jersey and that this Court assume jurisdiction of this action and make such further orders as may be required to properly determine this controversy.

                                        Respectfully submitted,

Dated: August 29, 2025                /s/ Philip C. Silverberg
                                       Philip C. Silverberg
                                       **MOUND COTTON WOLLAN**
                                          **& GREENGRASS LLP**
                                       One New York Plaza, 44th Floor
                                       New York, NY 10004
                                       Tel.  (212) 804-4200
                                       psilverberg@moundcotton.com

                                       Craig R. Rygiel
                                       **MOUND COTTON WOLLAN**
                                         **& GREENGRASS LLP**
                                       30A Vreeland Road, Suite 210
                                       Florham Park, NJ 07932
                                       Tel.  (973) 494-0600
                                       crygiel@moundcotton.com

                                       *Attorneys for Defendant*
                                       *American Zurich Insurance Company i/p/a*
                                       *Zurich Insurance Company*