# MOUND COTTON WOLLAN & GREENGRASS LLP

COUNSELLORS AT LAW
30A VREELAND ROAD
FLORHAM PARK, NJ 07932-1924

(973) 494-0600
FAX: (973) 242-4244
WWW.MOUNDCOTTON.COM

NEW YORK, NY
FLORHAM PARK, NJ
GARDEN CITY, NY
SAN FRANCISCO, CA
FORT LAUDERDALE, FL
HOUSTON, TX

CRAIG R. RYGIEL
PARTNER
(973) 494-0680
crygiel@moundcotton.com

September 19, 2025

**Via CM/ECF**

Hon. Edward S. Kiel, U.S.D.J.
United States District Court
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

   Re: Barbara *Berreski as Trustee for Walter Berreski Trust v.*
     *Zurich American Insurance Company*
     Civil Action No. 1:25-cv-15067-ESK-EAP
     Our File No. 4173.181

Dear Judge Kiel:

  This firm represents American Zurich Insurance Company i/p/a Zurich America Insurance Company in connection with the above-captioned matter. We write with the consent of counsel for Barbara Berreski, as Trustee for the Walter Berreski Trust, to notify the Court that the parties reached a settlement in principle earlier this week. Once the terms of the settlement have been finalized and the settlement amount has been paid, the parties shall file a stipulation of dismissal with prejudice. We anticipate that occurring within the next 30-45 days. In the meantime, the parties respectfully request that the Court enter a 60-day order administratively terminating the case.

  We thank the Court for its attention to this matter. If any additional information is required, please let us know.

            Respectfully,

            /s/ Craig R. Rygiel

cc: Sherman, Silverstein, Kohl, Rose & Podolsky, P.A. (*via CM/ECF*)