UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BARBARA BERRESKI AS TRUSTEE FOR WALTER BERRESKI TRUST,<br><br>    Plaintiff,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>    Defendant. | Case No.: 1:25-cv-15067<br><br># ORDER |

## STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own attorneys' fees, costs and expenses.

| | |
|---|---|
| **SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A.**<br>*Attorneys for Plaintiff* | **MOUND COTTON WOLLAN & GREENGRASS LLP**<br>*Attorneys for Defendant* |
| By: /s/ Alan C. Milstein<br>   Alan C. Milstein | By: /s/ Craig R. Rygiel<br>   Craig R. Rygiel |
| Dated: October 9, 2025 | Dated: October 9, 2025 |

So Ordered.

/s/ Edward S. Kiel
Edward S. Kiel, U.S.D.J.
Date: October 30, 2025